(Reap. Dec. 9378)

ELLIOT IMPORT CORP. *v.* UNITED STATES

Entry No. WH 48217–3.

(Decided April 7, 1959)

*Brooks & Brooks* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The above-entitled appeal for reappraisement, relating to leather gloves imported from Japan, has been submitted for decision upon stipulation of counsel for the parties.

On the agreed facts, I find export value, as defined in section 402(d) of the Tariff Act of 1930 to be the proper basis for the determination of the value of the items marked and appraised as described on the attached schedule, and that such value, as to such items, is as shown on said schedule.

Judgment will issue accordingly.

Schedule

| Reappraisement R58/18930–07069 | Entry No. WHB 48217 market value or price in U.S. |
|---|---|
| Item | dollars per doz. |
| Items marked A and appraised at $9.00 per doz | $8.00 |
| Items marked B and appraised at $6.40 per doz | $5.75 |
| Items marked C and appraised at $5.50 per doz | $5.00 |